HOUSING AUTHORITY OF the CITY
OF YORK, Petitioner,

v.

Queen E. ISMOND, Respondent.

Supreme Court of Pennsylvania.

March 12, 1998.

David B. Schaumann, York, for petitioner.

Bradley J. Leber, York, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 12th day of March, 1998, the Petition for Allowance of Appeal is GRANTED, limited to the issue of whether the Commonwealth Court erred when it held that petitioner was required to consider all the mitigating factors under section 882.216(c)(2). This case is to be orally argued.

DELAWARE VALLEY TRANSPLANT
PROGRAM, Petitioner,

v.

PENNSYLVANIA REGIONAL TISSUE
BANK, Respondent.

Supreme Court of Pennsylvania.

March 13, 1998.

Christopher A. Lewis, Jan L. Weinstock, Philadelphia, James B. Dilsheimer, Washington, DC, Terrence R. Nealon, Scranton, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 13th day of March, 1998, the Petition for Allowance of Appeal is denied as to question 1 as stated in the Petition. The Petition is granted as to questions 2 through 5 as stated in the petition, and the matter is remanded to the Commonwealth Court for disposition of those issues on the merits. Jurisdiction relinquished.

Barbara DUBROFF, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Asst. Counsel, Harold H. Cramer, Asst. Chief Counsel, Andrew S. Gordon, Chief Counsel, Paul A. Tufano, General Counsel, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's decision in *Sullivan v. Commonwealth, Department of Transportation, Bureau of Driver Licensing,* —— Pa. ——, 708 A.2d 841 (1998).